# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Rajinder Singh Walia and Meena Walia | **Case No :** | 15–29099 – D – 7 |
| | | **Date :** | 12/23/2015 |
| | | **Time :** | 10:00 |
| **Matter :** | [9] – Motion/Application to Compel Abandonment [FF–1] Filed by Joint Debtor Meena Walia, Debtor Rajinder Singh Walia (Fee Paid $176) (eFilingID: 5684755) (svim) | | |
| **Judge :** | Robert S. Bardwil | **Courtroom Deputy :** | Nancy Williams |
| **Department :** | D | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied.

Dated: December 24, 2015

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court