```
                         United States Bankruptcy Court
                         Eastern District of California

In re:                                                        Case No. 15-29099-D
Rajinder Singh Walia                                          Chapter 7
Meena Walia
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0972-2           User: svim                 Page 1 of 2          Date Rcvd: Mar 01, 2016
                               Form ID: 318               Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2016.
db/jdb       +Rajinder Singh Walia,    Meena Walia,    9354 Lost Springs Ct,    Elk Grove, CA 95624-4800
aty          +Brian H. Turner,    1401 El Camino Ave #370,    Sacramento, CA 95815-2747
aty          +Dana R. Wares,    1401 El Camino Ave #370,    Sacramento, CA 95815-2747
aty          +Daniel M. Eliades,    80 Route 4 E #290,    Paramus, NJ 07652-2661
aty           Gary Ray Fraley,    1401 El Camino Ave #370,    Sacramento, CA  95815-2747
cr           +Baymont Franchise Systems, Inc.,    Forman Holt Eliades and Youngman LLC,    80 Route 4 E #290,
               Paramus, NJ 07652-2661
21664676     +Baymont Franchise Systems Inc,    1037 Raymond Blvd,    Newark NJ 07102-5423
21664677     +Baymont Franchise Systems Inc,    22 Sylvan Way,    Parsippany NJ 07054-3801
21692154     +Baymont Franchise Systems, Inc.,    c/o Forman Holt Eliades & Youngman LLC,
               80 Route 4 East - Suite 290,    Paramus, NJ 07652-2661
21664678     +Brighton Hushing-Kline,    4301 Secondwind Way Suite 110,    Paso Robles CA 93446-6304
21664679     +Brighton Hushing-Kline,    Legal Department of GCFS,    4301 Secondwind Way,
               Paso Robles CA 93446-6304
21664681     +Chase Mortgage,    PO Box 24696,    Columbus OH 43224-0696
21664682     +Clyde Co US LLP,    200 Campus Drive Suite 300,    Florham Park NJ 07932-1007
21664683     +Debt Management Servicing Center,    PO Box 830794,    Birmingham AL 35283-0794
21664688     +GCFS INC a California Corporation,    4301 Secondwind Way,    Paso Robles CA 93446-6304
21664690     +Hunt Henriques,    151 Bernal Rd Suite 8,    San Jose CA 95119-1491
21664691    ++IOWA DEPARTMENT OF REVENUE,    ATTN BANKRUPTCY UNIT,    PO BOX 10471,    DES MOINES IA 50306-0471
              (address filed with court:  Iowa Department of Revenue,    PO Box 10330,
               Des Moines IA 50306-0330)
21688810     +Iowa Workforce Development,    1000 E Grand Ave,    Des Moines IA 50319-0220
21664695     +Sunny Walia,    9354 Lost Springs Ct,    Elk Grove CA 95624-4800
21664696     +U S Department of Agriculture,    1400 Independence Ave S W,    Washington DC 20250-0003
21664697     +US Dept of Justice,    Civil Trial Section Western Region,    Box 683 Ben Franklin Station,
               Washington DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BSKSMITH.COM Mar 02 2016 02:43:00      Susan K. Smith,
               2701 Del Paso Road, Suite 130-PMB 399,    Sacramento, CA 95835-2305
smg           EDI: EDD.COM Mar 02 2016 02:43:00      Employment Development Department,
               Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Mar 02 2016 02:43:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA  95812-2952
cr            EDI: RMSC.COM Mar 02 2016 02:43:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
               25 SE 2nd Ave #1120,    Miami, FL  33131-1605
21711537      EDI: HNDA.COM Mar 02 2016 02:43:00      American Honda Finance Corporation,    PO Box 168088,
               Irving TX 75016-8088
21664689      EDI: HNDA.COM Mar 02 2016 02:43:00      Honda Finance,    PO Box 60001,
               City Of Industry CA 91716
21664674     +EDI: GMACFS.COM Mar 02 2016 02:43:00      Ally Bank,    PO Box 9001951,
               Louisville KY 40290-1951
21700644     +EDI: GMACFS.COM Mar 02 2016 02:43:00      Ally Finanical,    PO Box 130424,
               Roseville MN 55113-0004
21664675      EDI: AMEREXPR.COM Mar 02 2016 02:43:00      American Express,    PO Box 0001,
               Los Angeles CA 90096-8000
21664680      EDI: CAPITALONE.COM Mar 02 2016 02:43:00      Capital One,    PO Box 85520,    Richmond VA 23285
21664685      EDI: DISCOVER.COM Mar 02 2016 02:43:00      Discover Bank,    PO Box 15316,
               Wilmington DE 19850-5316
21664686      E-mail/Text: data_processing@fin-rec.com Mar 02 2016 03:16:55
               Financial Recovery Services Inc,    PO Box 385908,    Minneapolis MN 55438-5908
21664687     +EDI: FSAE.COM Mar 02 2016 02:43:00      Firstsource Advantage LLC,    205 Bryant Woods South,
               Buffalo NY 14228-3609
21664684      EDI: IRS.COM Mar 02 2016 02:43:00      Department of Treasury,    Financial Management Service,
               PO Box 1686,    Birmingham AL 35201
21664692      EDI: TSYS2.COM Mar 02 2016 02:43:00      Macys,    911 Duke Blvd,    Mason OH 45040
21664693     +EDI: MID8.COM Mar 02 2016 02:43:00      Midland Funding,    8875 Aero Dr,    Ste 200,
               San Diego CA 92123-2255
21664694      EDI: RMSC.COM Mar 02 2016 02:43:00      Sleep Train Synchrony Bank,    PO Box 960061,
               Orlando FL 32896-0061
21664698     +E-mail/Text: bankruptcydept@wyn.com Mar 02 2016 03:17:42      Wyndham,    22 Sylvan Way,
               Parsippany NJ 07054-3801
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0972-2          User: svim              Page 2 of 2              Date Rcvd: Mar 01, 2016
                              Form ID: 318            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2016 at the address(es) listed below:
NONE.                                                                                       TOTAL: 0
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Rajinder Singh Walia** | Social Security number or ITIN **xxx–xx–5062** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Meena Walia** | Social Security number or ITIN **xxx–xx–5070** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of California** | | |
| Case number:  **15–29099** | | |

## Order of Discharge                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rajinder Singh Walia                                   Meena Walia
dba Nu Liberty Taxi , fdba Sungam Hospitality,
LLC


Dated:                                                 For the Court,
3/1/16                                                 Wayne Blackwelder , Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**